# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CASE NO. |
| ) | |
| **AHMAD RAHIMINEJAD** ) | |

## INFORMATION

**COUNT ONE** **[26 U.S.C. § 7206(1)]**

The United States Attorney charges that:

That on or about May 6, 2007, within the Northern District of Alabama, the defendant,

**AHMAD RAHIMINEJAD**,

a resident of Bessemer, Alabama, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter in that the U.S. Individual Income Tax Return, Form 1040, which was prepared and signed in the Northern District of Alabama and was filed with the Internal Revenue Service, stated that gross receipts for 2006 was $629,700.00, whereas he then and there knew and believed that his gross receipts were $1,144,532.00.

In violation of Title 26, United States Code, Section 7206(2).

                                    JOYCE WHITE VANCE
                                    United States Attorney

                                    */s/ Davis Barlow*
                                    DAVIS BARLOW
                                    Assistant United States Attorney