# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **AHMAD RAHIMINEJAD** | ) |

## WAIVER OF INDICTMENT

Ahmad Rahiminejad, the above-named defendant, who is accused of violating 26 U.S.C. § 7206(1), being advised of the nature of the charges and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of Indictment.


3/20/2012
Date

AHMAD RAHIMINEJAD
Defendant


3/20/12
Date

WALTER L. BLOCKER, III
Counsel for Defendant


3/20/12
Date

Witness