FILED
2012 Jul-26 PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**VS.**                                2:12-CR-235-AKK-HGD

**AHMAD RAHIMINEJAD,**

    **Defendant.**

## ORDER

This action is scheduled for a sentencing hearing for defendant, **AHMAD RAHIMINEJAD,** at 9:45 a.m. on Thursday, October 25, 2012, in Courtroom 4A, Hugo L. Black United States Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama.

Federal Rules of Criminal Procedure 32(F) requires that within 14 days of receiving the presentence report from the Probation Office, the parties shall communicate in writing to the probation officer, and to each other, any objections to the presentence report. In accordance with that Rule, it is hereby ORDERED that such objections be filed with the Clerk of the Court.

If the defendant intends to waive the 35 day disclosure requirement pursuant to Fed. R. Crim. Proc. 32(e)(2), the parties must file written objections within a reasonable time prior to the day of sentencing for consideration by the court. In the absence of exceptionally good cause, the court will not consider objections if defendant is not in compliance with this order.

DONE this the 26th day of July, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE