

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| vs/ | )Docket No: 1126 2:12CR00235-AKK-HGD-1 |
| | ) |
| | ) |
| AHMAD RAHIMINEJAD | ) |

SUGGESTED CHANGES/ADDITIONS AND OBJECTIONS TO
PRESENTENCE INVESTIGATION REPORT

Comes now the defendant and makes the following suggested changes and/or additions to the PRESENTENCE INVESTIGATION REPORT:

1. **The Offense Conduct**;
Paragraph 3. The defendant did not own several businesses located in the Northern District of Alabama he did operate several businesses located in the Northern District of Alabama.

2. **Adult Criminal Conviction(s)**
Paragraph 19. The defendant did receive a pardon for this offense (exhibit attached). Defendant does not contend that the offense was expunged from his record.

3. **Financial Condition: Ability to Pay**
Paragraph 44.
**Assets**
Personal checking account as of 10/2/12 holds approximately $29,000.00 therefore total assets are as of 10/2/12 reduced to $1,407,052.00.
**Monthly Income**
Defendant's income comes from a business that as of 10/2/12 is not running and out of business, however if it is in business the following approximate Gross Business Income is derived from that business.

| | |
|---|---|
| Gross Business Income | = $14,600.00 (approximate) |
| Business Expenses | = $7,800.00 (approximate) |
| Income from Business | = $6,800.00 (approximate) |
| Taxes @ 20% | = $1,360.00 (approximate) |

| | |
|---|---|
| Net Personal Income | = $5,440.00 (approximate) |
| Payment to Robyn | = $2,100.00 (approximate) |
| Monthly Expenses | = $2,090.00 (approximate) |
| Total Monthly Cash Flow | = $1,250.00 (approximate) |

**Monthly Expenses**

| | |
|---|---|
| Equity Line of Credit | $1,000.00 |
| Groceries and Supplies | $ 300.00 |
| Utilities | $265.00 |
| Telephone | $75.00 |
| Transportation | $100.00 |
| Auto Insurance | $-0- |
| Health Insurance | $200.00 |
| Clothing | $100.000 |
| Medical Expenses | $50.00 |
| **Total Monthly Expenses** (personal) | $2,090.00 |
| **Total Monthly Cash Flow** | $1,250.00 |

Respectfully Submitted,

/s/Walter L. Blocker, III (BLO002)
Attorney for Defendant
3250 Independence Drive
Suite 102
Birmingham, Alabama 35209


**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October , 2012, I electronically filed the foregoing with the Clerk of Court using the Federal Electronic Filing system which will send notification of such filing to all participants and I hereby certify that I have mailed by U.S. Postal Service the documents to any non-AlaCourt participants.

/s/ Walter L. Blocker
Walter L. Blocker
Of Counsel

BOARD OF PARDONS AND PAROLES
301 S. RIPLEY STREET
P.O. BOX 302405
MONTGOMERY, ALABAMA  36130 - 2405

07-28-2006


AHMAD RAHIMINEJAD
1903 LAKELAND TR
HELENA          AL   35080


DEAR SIR OR MADAM:


ENCLOSED IS YOUR CERTIFICATE OF PARDON WITH RESTORATION OF CIVIL AND POLITICAL RIGHTS, WHICH WAS GRANTED BY THE BOARD OF PARDONS AND PAROLES ON 07-24-2006

SINCERELY,

*William C. Segrest*

WILLIAM C. SEGREST
EXECUTIVE DIRECTOR


ENC:    CERTIFICATE

AIS#:   185712

CC:     BESSEMER

CERTIFICATE OF PARDON WITH RESTORATION OF
CIVIL AND POLITICAL RIGHTS

KNOW ALL MEN BY THESE PRESENTS:

IT HAVING BEEN MADE TO APPEAR TO THE ALABAMA STATE BOARD OF PARDONS AND PAROLES THAT AHMAD RAHIMINEJAD 185712 WAS CONVICTED OF THE FOLLOWING DISQUALIFYING OFFENSES:

| COUNTY | CASE NUMBER | DATE | OFFENSE | SENTENCE |
|---|---|---|---|---|
| JEFF-BESMR | CC1994-001041 | 11-12-1996 | UNLAW DISTRIB/F | 012 00 000CS |

AND IT FURTHER APPEARING TO THE BOARD FROM THE OFFICIAL REPORT OF THE PAROLE OFFICER, WHICH IS A PART OF THE RECORD IN THIS CASE, THAT THE ABOVE NAMED HAS SO CONDUCTED HIMSELF AS TO DEMONSTRATE HIS REFORMATION AND TO MERIT PARDON WITH RESTORATION OF CIVIL RIGHTS;

NOW, IN COMPLIANCE WITH THE AUTHORITY VESTED IN THE STATE BOARD OF PARDONS AND PAROLES BY THE CONSTITUTION AND THE LAWS OF THE STATE OF ALABAMA TO GRANT PARDONS AND TO RESTORE CIVIL AND POLITICAL RIGHTS, IT IS

ORDERED THAT A PARDON BE GRANTED TO THE ABOVE NAMED AS A RESULT OF THE ABOVE STATED CONVICTION(S), AND IT IS FURTHER ORDERED THAT ALL CIVIL AND POLITICAL RIGHTS WHICH WERE FORFEITED AS A RESULT OF THE AFORESAID CONVICTION(S) OTHER THAN THOSE RIGHTS SPECIFICALLY EXCLUDED BY THE TERMS OF THIS CERTIFICATE BE AND THEY ARE HEREBY RESTORED.

THIS PARDON DOES NOT RELIEVE THE RECIPIENT FROM THE EFFECTS OF THE HABITUAL OFFENDER ACT AS CONTAINED IN THE ALABAMA CODE.

GIVEN UNDER THE HAND AND SEAL OF THE STATE BOARD OF PARDONS AND PAROLES, THIS THE 24TH DAY OF JULY, 2006.

3AMA BOARD OF PARDONS AND PAROLES

LIAM C. SEGREST
:UTIVE DIRECTOR