(1)

22nd April 2013.

CR-12-235-AKK-HGD-S

Ahmed Rahiminejad
B.O.P. 29845-001
Atlanta Camp
P.O. Box 150160
Atlanta
GA. 30315

The Honorable Judge Abdul Kallon
Northern District, Hugo L. Black,
United States Courthouse
1729 Fifth Avenue North,
Room 140.
Birmingham
Alabama. 35203-2000.

I humbly pray and request your Honorable Judge Abdul Kallon the following please. The B.O.P. has very valuable tools and directives at their disposal to use and implement to release inmates such as myself. These very valuable tools and directives have been approved by the Congress, Senate, Sentenceing Commission, and the Federal Government. I have applied to the B.O.P. for compassionate release pursuant to 18 U.S.C. § 3582(c)(1) and § 4205(g). But to date the B.O.P. has not done anything for me. I have applied to the B.O.P. for the 2nd Chance Act 18 U.S.C. § 3624(b)(1), whereby the Honorable Senator Daniel K. Inouye U.S. Senate Committee on Approriations Washington, D.C. 20510 and the Honorable Senator Thad Cochran U.S. Senate Committee on Approriations Washington D.C. 20510. The Honorable Senators have stated as per the 2nd Chance Act, and as per their later

dated April 18th 2012, about community confinement. The B.O.P. is obligated by law to ensure people in Federal Prison have an opportunity to spend a portion of time at the end of their sentence "(not to exceed 12 months) under conditions that will afford (them) a reasonable opportunity" to prepare to return to society."[15] [15] 18.U.S.C. § 3624 (c)(1) The statute provides that the B.O.P. may transfer eligible people to contract Residential Re-entry Centers (R.R.C.), also called half-way houses, and up to the lesser of 6 months or ten percent of the term of imprisonment, in home confinement for up to the one-year total that Congress directs in the Second Chance Act[16] [16] Second Chance Act of 2007, Pub. L. No. 110-199 § 251 (2008). As of this date above, I have heard nothing from the B.O.P. The B.O.P. has classified me as a chronic level 2 care inmate. I have reported and documented all my medical and health conditions to the B.O.P. but all this has been to no avail. "The standard by which a (prison) supervisor is held liable in his individual capacity for the actions of a subordinate is extremely rigorous." Cottone v. Jenne 326 F. 3d. 1352 (11th Cir. 2003). They the B.O.P. have classified me as medically chronic care level 2. But the B.O.P. prison officials have acted with deliberate indifference to all my serious medical needs. These are all violations of my Eighth Amendment Rights.

Your Honorable Judge Abdul Kallon, I am at great risk of loseing my common-law, wife, my children Kamilah age only 4 years old and Layla age only 6 years old, as we are all drifting apart due to my continued incarceration. My common-law wife and small children need me now to provide financial support, emotional support, spiritual support. I am also at very great risk of loseing all my assets, home, car, and business property, as these all could be taken from me because of lack of

payment due to my incarceration. I am presently a great cost and burden to the taxpayers, as they are paying the B.O.P. $36,000.00 (Thirty Six Thousand Dollars), to keep me in the B.O.P. This is excluding the additional costs and expenses of my medical which the taxpayers must pay as well. I need now to find a job, and I will not be a financial burden to the taxpayers. I will save my family, small children, home, from financial ruin. And I will be able to pay taxes monthly, and my financial obligations and restitution quicker.

I humbly pray and request to you your Honorable Judge Abdul Kallon, to please grant me any combination of release of incarceration that you deem fit. As you and the B.O.P. have the necessary above directives at your disposal.

Thanking you your Honorable Judge Abdul Kallon for your very valuable time in this extremely important matter.

Sincerely, *Ahmad Rahimjad*

AHMD RAHIMINEJAD
B.O.P. 29845-001