PROB 12B
10/05

FILED
2014 Sep-26 AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **Name of Offender:** | Ahmad Rahiminejad |
| **Case Number:** | 2:12-CR-235-AKK-HGD |
| **Name of Sentencing Judicial Officer:** | Honorable Abdul K. Kallon |
| **Date of Original Sentence:** | October 31, 2012 |
| **Original Offense:** | 26 U.S.C. § 7206(1): False information on a income tax return. |
| **Original Sentence:** | Custody of the Bureau of Prison for 21 months to be followed by a 12 month term of supervised release, special assessment of $100, and the special condition of no new lines of credit. |
| **Type of Supervision** | Supervised Release |
| **Date Supervision Commenced:** | August 19, 2014 |

### Petitioning the Court

☐ To extend the term of supervision for years, for a total term of years.

☑ To modify the conditions of supervision as follows:


**General Condition 16:** Unless excused by a special condition of probation or supervised release in the Judgment or by a subsequent court, order, the defendant shall comply with 18 U.S.C. § 3563 (a) probation or § 3583 (d) (supervised release) regarding mandatory drug testing (with the defendant to contribute to the cost of drug testing unless the probation officer determines that the defendant does not have the ability to do so). A positive urinalysis may result in the defendant's placement in the probation office's Drug and Alcohol Intensive Counseling and Aftercare Service Program (DAICASP) (or comparable program in another district) under the administrative supervision of the probation officer.

**PROB 12B**

2  Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

**Name of Offender:** Ahmad Rahiminejad  Case Number: 2:12-CR-235-AKK-HGD

## CAUSE

To remove the mandatory drug testing provisions of 18 U.S.C. § 3583(d) since the offense of conviction is not drug-related, the defendant does not have a prior criminal history, there is no current or past history of substance abuse and there is minimal risk of future substance use by the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:  September 9, 2014

/s
Don Mosley
U.S. Probation Officer
(205) 716-2937

Approved By:  /s
James G. Cardwell
Supervising U.S. Probation Officer

**THE COURT ORDERS**

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE